UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MARILYN J. RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:18-CV-04002-SLD-JEH |
| | ) | |
| MARK T. ESPER, SECRETARY DEPARTMENT OF THE ARMY, and THE DEPARTMENT OF THE ARMY, AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes your attorney Jack A. Schwartz and hereby moves for leave to withdraw as counsel for the plaintiff Marilyn J. Ryan and in support thereof states as follows:

1. That your undersigned is counsel for the plaintiff in the above-captioned cause of action.

2. That an irretrievable breakdown of the attorney client relationship has occurred with the plaintiff and counsel.

WHEREFORE, Jack A. Schwartz requests this court enter an order allowing him leave to withdraw as the counsel for the plaintiff, and continue all matters 30 days in order to allow plaintiff time to obtain counsel or enter her appearance in the above-captioned cause of action.

Marilyn J. Ryan, Plaintiff


/s/ Jack A. Schwartz

Jack A. Schwartz
1800 3rd Avenue, Ste. 211
Rock Island IL 61241
Telephone: 309-793-4357
Email: jschwartz@getrepresented.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2018, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Jack A. Schwartz

Kimberly A. Klein
Assistant United States Attorney
United States Attorney's Office
211 Fulton Street, Suite 400
Peoria, IL 61602
Phone:  309.671.7050
Fax:  309.671.7259
Email:  Kimberly.klein@usdoj.gov